MONGE, RECURRENTE, *v*. EL REGISTRADOR DE GUAYAMA, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de una escritura de cesión de crédito hipotecario.

No. 223.—Resuelto en abril 6, 1915.

INSCRIPCIÓN DE TÍTULO—TRANSMISIÓN O GRAVAMEN DEL DOMINIO O LA POSESIÓN DE BIENES INMUEBLES O DERECHOS REALES—INSCRIPCIÓN PREVIA DEL DERECHO.—Según el artículo 20 de la Ley Hipotecaria para que el registrador pueda inscribir o anotar los títulos en que se transfiera o grave el dominio o la posesión de bienes inmuebles o derechos reales, deberá estar previamente inscrito o anotado el derecho de la persona que otorgue o en cuyo nombre se haga la transmisión o gravamen.

ID.—INSCRIPCIÓN PREVIA DEL DERECHO—CESIÓN DE CRÉDITO HIPOTECARIO—CANCELACIÓN DE HIPOTECA.—No puede un registrador verificar la inscripción de un título como lo es una escritura de cesión de crédito hipotecario, cuando el derecho que se trata de inscribir no está inscrito por haber sido satisfecho y cancelado en el registro.

Los hechos están expresados en la opinión.

Abogado del recurrente: Sr. *Salvador Picornell*.

El Registrador recurrido Sr. Felipe Cuchí Arnau no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Por escritura pública de 19 de enero de 1915 otorgada ante el Notario Don Salvador Picornell Cardona, Don Félix Dumas y Don Francisco Vargas García, asistidos de sus respectivas esposas hicieron cesión a Don Domingo Monge Hernández de los dos primeros plazos de un crédito hipotecario constituído a favor de Don Pedro Virella Uribe, que le fueron adjudicados en remate judicial y presentada esa escritura de cesión de crédito hipotecario en el registro de la propiedad el día dos de febrero de 1915 para su inscripción, el registrador se negó a verificarla por el motivo que aparece en la nota puesta al pie del documento, la que dice así:

"Denegada la inscripción del precedente documento por aparecer satisfechos y cancelados los plazos cedidos por escrituras de carta de pago y cancelación otorgadas en Guayama ante el Notario D. Miguel Zavaleta el once de abril de mil novecientos diez y primero de junio de 1911, habiéndose hecho esas cancelaciones en este registro el día seis de octubre de 1914, por notar al margen de la inscripción séptima de la finca No. 395 al folio 35 vuelto del tomo 9 de Arroyo. Guayama, febrero tres de mil novecientos quince.   El Registrador. Felipe Cuchí Arnau.''

Contra esta negativa se interpuso en tiempo oportuno el presente recurso gubernativo en el que no ha presentado alegato alguno para demostrarnos las razones que tiene para que revoquemos la negativa del registrador.

Por los antecedentes expuestos se ve claramente que cuando en 2 de febrero de 1915 presentó Domingo Monge Hernández su título en el Registro de la Propiedad para su inscripción ya habían sido satisfechos y cancelados por escritura pública de 11 de abril de 1910 y 1º. de junio de 1911 los plazos que le fueron cedidos del crédito hipotecario y constaba su cancelación en el registro desde 6 de octubre de 1914, por lo que tenemos que declarar que el registrador recurrido procedió correctamente al negar la inscripción.   Según el artículo 20 de la Ley Hipotecaria, para que el Registrador pueda inscribir o anotar los títulos en que se transfiera o grave el dominio o la posesión de bienes inmuebles o derechos reales, deberá constar previamente inscrito o anotado el derecho de la persona que otorgue o en cuyo nombre se haga la transmisión o gravamen; y como el derecho que se trataba de inscribir no estaba inscrito por haber sido satisfecho y cancelado, no podía el registrador verificar la inscripción que se le pidió.

La nota recurrida debe ser confirmada.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.